SCOTT J. SAGARIA (SBN 217981)
SJSagaria@sagarialaw.com
ELLIOT W. GALE (SBN 263326)
Egale@sagarialaw.com
JARRETT S. OSBORNE-REVIS (SBN 289193)
Josborne@sagarialaw.com
**SAGARIA LAW, P.C.**
333 West San Carlos Street, Suite 620
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

MATTHEW G. KLEINER (SBN 211842)
mkleiner@gordonrees.com
JON S. TANGONAN (SBN 216705)
jtangonan@gordonrees.com
**GORDON & REES LLP**
101 W. Broadway, Suite 2000
San Diego, California 92101
Telephone:  (619) 696-6700
Facsimile:   (619) 696-7124

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAJGAN DASTAGIRZADA**,**<br><br>                       Plaintiff,<br><br>        v.<br><br>DEPARTMENT STORES NATIONAL BANK, an FDIC insured corporation and DOES 1 through 100 inclusive**,**<br><br><br>                       Defendants. | Case No.: 5:12-cv-01612-PSG<br><br>STIPULATED REQUEST FOR DISMISSAL |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

Pursuant to the terms of the settlement agreement and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate that the above captioned case is hereby dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated:   June 3, 2013                        */s/ Jarrett S. Osborne-Revis*
                                                  Scott J. Sagaria, Esq.
                                                  Elliot W. Gale, Esq.
                                                  Jarrett S. Osborne-Revis, Esq.
                                                  **Sagaria Law, P.C.**
                                                  Attorneys for Plaintiff

Dated: June 3, 2013                          */s/ _Jon Tangonan_____*
                                                  Matthew G. Kleiner, Esq.
                                                  Jon S. Tangonan, Esq.
                                                  **Gordon & Rees LLP**
                                                  Attorneys for Defendant